UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BETTY A. OWENS,

    Plaintiff,

v.   Case No. 3:20-cv-950-J-32JBT

FLAGLER HOSPITAL, INC.,
FLAGLER PROFESSIONAL
HEALTH CARE SERVICES, INC.,
and GEORGE P. JONES, IV, PA-C,

    Defendants.

## O R D E R

Upon review of the parties' Joint Stipulation of Dismissal (Doc. 17), filed on September 30, 2020, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 30th day of September, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record